IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICHARD L. COX, as Chapter 7 Trustee,  *
                                       *
            Plaintiff,                 *
                                       *
vs.                                    *   No. 4:11MC0016 - SWW
                                       *
JOHN MILLER, ET AL.,                   *
                                       *
            Defendants.                *
                                       *

ORDER

Before the Court is a motion to consolidate filed by plaintiff. Plaintiff states that six motions to withdraw reference have been filed in the district court and assigned to five different judges. Plaintiff moves the Court to consolidate the cases so that the motions are decided by the same judge.

The Court finds the motion [docket entry 5] should be and is hereby granted. The Clerk of the Court is directed to reassign the following miscellaneous cases to the docket of Judge Wright:

    4:11MC00017 DPM
    4:11MC00018 DPM
    4:11MC00019 JLH
    4:11MC00020 JMM
    4:11MC00023 BSM

The Court further directs the Clerk to assign any other motions to withdraw reference that may be filed by defendants in the underlying bankruptcy proceeding [4:11-ap-1090] to Judge Wright.

SO ORDERED this 1st day of June, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE